UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORACE W. CRUMP #236528,

    Plaintiff,

v.

                                        Case No. 1:23-cv-1353

LORI BLUE, et al.,

                                        HONORABLE PAUL L. MALONEY

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants Blue, Mikel, and Shaw filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 22, 2025, recommending that this Court grant the motion and dismiss Plaintiff's claims against Defendants Blue, Mikel, and Shaw.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 48) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 29) is GRANTED.  Plaintiff's claims against Defendants Blue, Mikel, and Shaw are DISMISSED without prejudice.

Dated:  October 20, 2025                                                   /s/  Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge