UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORRACE W. CRUMP, #236528,
Plaintiff,

-v-

LORI BLUE, *et al.*,
Defendants.

No. 1:23-cv-1353

Honorable Paul L. Maloney

**JUDGMENT**

The court has resolved all pending claims and, therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 28, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge